DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FIRST ACCEPTANCE INSURANCE COMPANY, INC.,

Appellant,

v.

AUTO GLASS AMERICA, LLC as ASSIGNEE OF KAYLA JOHNSON,

Appellee.

No. 2D2025-0127

_____

March 6, 2026

Appeal from the County Court for Hillsborough County; Jeremy Randall Griner, Judge.

Joseph Clancy and William J. McFarlane, III of McFarlane Law McFarlane, Dolan & Prince, Coral Springs, for Appellant.

David M. Caldevilla of de la Parte, Gilbert, McNamara & Caldevilla, P.A., Tampa; and Anthony T. Prieto of Morgan & Morgan, P.A., Tampa, for Appellee.


PER CURIAM.

     Affirmed.

KELLY, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.